IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER SLOBOTSKI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV190 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| PRICE GREGORY CONSTRUCTION, Inc., | ) ) | |
| | ) | |
| Defendant. | ) | |

When defense counsel notified the plaintiff regarding the telephonic hearing scheduled for today, the plaintiff stated he was available to attend. However, the plaintiff could not be reached and did not participate in the telephonic conference.

IT IS ORDERED:

1) If the plaintiff fails to participate in scheduled hearings, actively pursue his claims, respond to discovery or court filings served by the defendants, or apprise the court of his current whereabouts, this case may be dismissed for want of prosecution without further notice.

2) The clerk shall send a copy of this memorandum and order to the plaintiff at his address of record.

DATED this 8th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge