IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER SLOBOTSKI, | ) | 8:10CV190 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PRICE GREGORY | ) | |
| CONSTRUCTION, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Oral Motion to Dismiss, which the court liberally construes as a Motion for Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41. (Filing No. 32.) The court has listened to the audio recording of Plaintiff's oral motion, taken before Magistrate Judge Cheryl R. Zwart on March 8, 2011, and notes that Plaintiff requests that the court dismiss this matter because he is homeless and unable to proceed. (Filing No. 34.) Defendant has not objected to the Motion and the time in which to do so has now passed. Plaintiff's Motion is therefore granted and Plaintiff's claims are dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's Motion to Dismiss, construed as a Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41 (filing no. 32) is granted. Plaintiff's claims are dismissed without prejudice.

2.     A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 4th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

_____

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.